IN THE UNITED STATE DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

RAHIM B. MAJID
a/k/a Reginald D. Jackson

vs.

Robert May, et, al

Civil action #

22-382-RGA

Supplemental complaint under rule 15(d) of the Federal rules of Civil Procedures.

This complaint is filed by mr. Rahim B. majid a/k/a Reginald D. Jackson pro se, a state prisoner confined at the James T. Vaughn correctional center in smyrna Delaware pursuant to Federal rule 15(d) of the federal rules of Civil procedures alleging retaliation, equal protection and First and fourteenth Amendment violations of the united states Constitution.

1,

## Summary of THE Action

Plaintiff files this supplemental complaint because he continues to suffer and be subject to unconstitutional mistreatments by the defendants in this action.

1. Seeking relief, plaintiff first forwarded a written letter to the Honorable Fred S. Silverman (Plaintiff's sentencing Judge) of the Delaware Superior court in October 2014 to have clarified to DOC the nature in which his sentence is to be carried out. After Judge Silverman placed forth his order for Deputy Attorney General Jason Staib to contact DOC and attempt to get a straight answer as to when they think Mr. Majid will be eligible for 11. Del. C. 4217 application for sentence modification, since that point DOC employees has subjected Plaintiff to discrimination, retaliation, equal protection, due process violations and mistreatments.

- Retaliation from Deputy Warden Natasha Hollingsworth and treatment Administrator Stacey Hollis by not affording Plaintiff a designated area to Pray, have sermon and Halal meal for the Islamic celebration of Eid-ul ADHA (the day of sacrifice) on July Saturday the 9th 2022.

- First Amendment violations for not allowing plaintiff his Freedom and right to practice his religion and to be free from having those rights infringed upon.

- Equal protection violations for allowing all other religions to freely practice and celebrate every single holiday that there religion practices or dictates that they are to celebrate.

2. Neither Mr. Majids, exhaustion of institutional grievance system remedies, nor his efforts through hand written letters to DOC staff Dr. chaplain Johns, treatment administrator Stacey Hollis and Deputy Warden Natasha Hollingsworth has been a success with the on going attempts to have these actions stopped.

3.

## Parties

3. Mr. Majid is a citizen of the United States and the State of Delaware, and at all times relevant to the events described in this complaint, has been in the custody of DOC at J.V.C.C.C. in the town of Smyrna, Delaware.

4. At all times relevant to the events described in this complaint, Defendant Natasha Hollingsworth was employed by DOC as deputy warden at J.T.V.C.C. She is being sued in her official and individual capacity.

5. At all times relevant to the events described in this complaint, Defendant Stacey Hollis was employed by DOC as treatment Administrator at J.T.V.C.C. She is being sued in her official and individual capacity.

## Facts Common To All Counts

6. On May 10, 2022 Plaintiff wrote letters to Treatment Administrator Stacey Hollis, Deputy Warden Natasha Hollingsworth and chaplain Dr. Johns informing them all that the Islamic celebration for the day of Sacrifice (Eid-ul ADHA) was approaching. Those letters were met with Neither an acted or written response.

4.

7. Again, on June 20, 2022 Plaintiff wrote letters to treatment Administrator Stacey Hollis, Deputy Warden Natasha Hollingsworth and chaplain Dr. Johns with a simple request to be permitted a designated area to pray, hear sermon and be given Halal meat for the celebration of Eid-ul Adha. Those letters was met with no response.

8. On July Saturday 9th 2022 muslim around the world celebrated Eid-ul ADHA by praying, listening to short sermons and sharing meat with the poor amongst them.

9. Because the defendants wanted to continue retaliatory acts against plaintiff, they not only denied plaintiff the right to practice his religion but these defendants denied the entire muslim community the right to practice there religion.

10. It is the duty of the Deputy Warden Natasha Hollingsworth and treatment Administrator Stacey Hollis to delegate through security to designate areas for different communities to celebrate their festivals. It is their sole responsibility and duty to arrange and approve memos so that the entire institution is placed on notice of the mass movement.

5.

11. Here at the James T. Vaughn correctional institution all religions, education, groups, work and programs are listed as Programs. Under these so called Programs that the religion falls under, it is and was the Duty of the Deputy Warden and treatment Administrator to arrange all the affairs for the Islamic community and all other religions.

12. Saturday July 9th 2022 was the start date of the annually world wide celebrated Eid-ul ADHA (Islamic festival) and set to end on Monday July 11th 2022.

13. Those dates came and went without myself and the entire Muslim community being afforded the right to practice our faith and annual celebration.

14. Plaintiff asserts that he has been incarcerated here at J.T.V.C.C for twentythree years and not one year has passed with out the muslims either going to the gym, chapel or visiting room at 8:45 AM code green to celebrate the festival of Eid-ul Fitr (conclusion of Ramadan) and Eid-ul ADHA (Day of Sacrifice).

6.

15. Defendant Natasha Hollingsworth as deputy warden having authority over treatment and programs is responsible for seeing all religious and program affairs through. Scheduling and the drafting of memos for approval.

16. The conduct of Deputy Warden Natasha Hollingsworth having actual knowledge of these violations because of the hand written letters submitted on May 10th 2022 and June 20th to her, the grievance plaintiff submitted and because of her direct involvement or participation in the acts.

17. As to each violation, and based on the allegations in the foregoing paragraph of this complaint, defendant Hollingsworth either directed or failed to stop the violations and further conveyed her acquiescence with and to treatment Administrator Stacey Hollis.

18. Based on the timing and conduct of the discriminitory, retaliatory, equal protection and first and fourteenth Amendment violations, the actions, her demeanor, defendant

7.

Hollingsworth ordered or acquiesced to the aforementioned conduct because of Mr. Majid's exercise of his legal rights.

19. Defendant Stacey Hollis as the treatment Administrator having authority over treatment and Programs is responsible for seeing all religious and program affairs through. scheduling and the drafting of memos for approval.

20. The conduct of treatment Administrator Stacey Hollis having actual knowledge of these violations because of hand written letters submitted on May 10th 2022 and June 20th 2022 to her, the grievance Plaintiff submitted and because of her direct involvement or participation in the acts.

21. As to each violation, and based on the allegations in the foregoing paragraph of this Complaint, defendant Hollis either directed or failed to stop the violations and further conveyed her acquiescence with and to Deputy Warden Natasha Hollingsworth.

8.

22. Based on the timing and conduct of the discriminitory, retaliatory, equal protection and first and fourteenth Amendment violations, the actions, her demeanor, defendant Hollis ordered or acquiesced to the aforementioned conduct because of Mr. Majid's exercise of his legally protected rights.

## Legal claims

23. The defendants Deputy Warden Natasha Hollingsworth and Treatment Administrator Stacey Hollis collectively violated Plaintiff's First Amendment right to freely practice the religion of Islam by denying his access to a designated area for the Eid-ul ADHA pray, sermon and Halal meats on July 9th 2022.

24. The defendants Deputy Warden Natash Hollingsworth and Treatment Administrator Stacey Hollis collectively violated Plaintiff Fourteenth Amendment equal protection rights to have the ability to celebrate all celebrations like like every other religious denomination on each and every celebrated holiday every year. Plaintiff was not afforded that right on July 9th 2022.

9.

25. Defendants Natasha Hollingsworth (Deputy Warden) and treatment Administrator Stacey Hollis continue to retaliate against plaintiff because he exercised his right to grieve and petition the court for redress, thereby violating his first Amendment right in which is protected by the united states constitution.

## Prayer for relief

26. Wherefore, Plaintiff respectfully pray that this Honorable court enter Judgement:

27. Granting plaintiff majid an order declaring that the acts and omissions described herein violated his rights under the constitution and laws of the united states and the constitution of Delaware.

28. A preliminary and permanent injunction ordering defendants Hollis and Hollingsworth to cease their retaliatory acts towards Plaintiff Majid, and,

29. Grant Plaintiff $180,000 in damages against each defendant, Jointly and Severally, and.

30. Plaintiff also seeks a non Jury trial.

31. Plaintiff also seeks recovery of all cost in this suite.

32. Plaintiff also seeks recovery and any additional relief this court deems Just, proper, and equitable.

## Verification

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to the matters alleged on information and belief, and as to those I believe them to be true. In the city of Smyrna and the state of Delaware I certify under penalty of perjury that the foregoing is true and correct.

Dated: July 24, 2022

Respectfully Submitted

Reginald D. Jackson
a/k/a Rahim B. majid
J.T.V.C.C
1181 Paddock Road
Smyrna, Delaware
         19977

*[signature]*

a/k/a *[signature]*

11.

I, Reginald D. Jackson aka Rahim B. maji'd swear under penalty of perjury that I have placed a Supplemental complaint motion By way of E-file at the James T. Vaughn correctional center 1181 Paddock Road Smyrna, DE 19977.

Reginald Jackson
aka Rahim B. majid
SBI# 265211
J.T.V.C.C
1181 Paddock Road
Smyrna, Delaware
           19977

*Rahim b. majid*
*Reginald Jackson*

12.